**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEP – 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)
) CR. NO. 1:05 CR 190-F
v. ) [18 USC 664]
)
MARK HARTZOG )
) INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about the 18th day of October, 2000, in Dothan, Alabama, within the Middle District

of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $31,330.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 2

On or about the 30th day of November, 2000, in Dothan, Alabama, within the Middle

District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $8,595.33 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 3

On or about the 30th day of November, 2000, in Dothan, Alabama, within the Middle

District of Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $12,466.74 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 4

On or about the 3rd day of January, 2001, in Dothan, Alabama, within the Middle District

of Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $14,000.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

2

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 5

On or about the 23rd day of January, 2001, in Dothan, Alabama, within the Middle District

of Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $11,000.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 6

On or about the 28th day of February, 2001, in Dothan, Alabama, within the Middle District

of Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $58,000.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 7

On or about the 19th day of March, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $15,959.09 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 8

On or about the 21st day of March, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $44,217.95 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

4

## COUNT 9

On or about the 25th day of April, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $6,474.53 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 10

On or about the 25th day of April, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $31,948.26 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 11

On or about the 3rd day of May, 2001, in Dothan, Alabama, within the Middle District of

5

Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $25,000.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 12

On or about the 7th day of May, 2001, in Dothan, Alabama, within the Middle District of

Alabama,

## MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own

use and the use of another, $20,228.51 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension

benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section

664.

## COUNT 13

On or about the 6th day of June, 2001, in Dothan, Alabama, within the Middle District of

Alabama,

## MARK HARTZOG,

6

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $70,000.00 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

### COUNT 14

On or about the 28th day of June, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $3,600.00 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

### COUNT 15

On or about the 31st day of July, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $41,500.00 of the moneys, funds, credits, property and other assets of

H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 16

On or about the 25th day of September, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $28,939.57 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 17

On or about the 25th day of September, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $31,060.94 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee

Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

## COUNT 18

On or about the 25th day of September, 2001, in Dothan, Alabama, within the Middle District of Alabama,

### MARK HARTZOG,

defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another, $70,382.96 of the moneys, funds, credits, property and other assets of H&H Doors and Hardware, Inc. Profit Sharing Plan, a welfare benefit plan and employee pension benefit plan and a fund connected therewith, subject to any provision of Title I of the Employee Retirement Income Security Act of 1974, all in violation of Title 18, United States Code, Section 664.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

9