AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

MARK HARTZOG
128 WENTWORTH
DOTHAN, ALABAMA 36305

**WARRANT FOR ARREST**

Case Number: 1:05CR190-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MARK HARTZOG_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN

in violation of Title __18:__ United States Code, Section(s) __664__

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

9/12/05, MONTGOMERY, ALABAMA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |