**COURTROOM DEPUTY MINUTES**  DATE: 9-15-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:32 — 3:38 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO. 1:05cr190-F | DEFT. NAME: Mark HARTZOG |
| USA: Brunson | ATTY: |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY |
| USPTSO/USPO: | |

Defendant ___ does ___✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES   NAME: ___

| | |
|---|---|
| ☑ kars. | Date of Arrest 9-15-05 or ☐ karsr40 |
| ☑ kja. | Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator |
| ☑ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed  ☐ to be obtained by PTSO |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization  -  **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed;  ☐ to be appointed - prepare voucher |
| ☑ | Deft. Advises he will retain counsel. Has retained ___ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for ___ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☑ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☑ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for ___ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☐ karr. | ARRAIGNMENT SET FOR: ___ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Set for ___ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___ |
| | DISCOVERY DISCLOSURES DATE: ___ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for ___ |
| ☑ kwvspt | **Waiver of Speedy Trial Act Rights Executed** |