IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | |
| | ) | CR. NO. 1:05cr190-F |
| MARK HARTZOG | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, MARK HARTZOG, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial _until June 5, 2006_ pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_9.21.05_
DATE

_9/21/05_
DATE

[signature]
DEFENDANT

[signature]
ATTORNEY FOR DEFENDANT