**COURTROOM DEPUTY'S MINUTES**    **DATE: September 21, 2005**

**MIDDLE DISTRICT OF ALABAMA**    **DIGITAL RECORDING: 11:41 - 11:44**

√ **ARRAIGNMENT**    ❑ **CHANGE OF PLEA**    ❑ **CONSENT PLEA**
❑ **RULE 44(c) HEARING**    ❑ **SENTENCING**

-----------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**    **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:05cr190-F**    **DEFENDANT NAME: Mark Hartzog**

**AUSA: Kent Brunson**    **DEFENDANT ATTORNEY: Christine Freeman**

**Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD**

**( ) appointed at arraignment; ( ) standing in for: _____**

**PTSO/USPO:**

**Interpreter present? ( √ )NO; ( )YES   Name:**

-----------------------------------------------------------------------------------------------------------------

❑ This is defendant's **FIRST APPEARANCE.**

❑ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❑ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**

      ❑ **Guilty as to:**

         ❑ **Count(s):**

         ❑ **Count(s):**                ❑ **dismissed on oral motion of USA**

                                      ❑ **to be dismissed at sentencing**

❑ Written plea agreement filed   ❑ **ORDERED SEALED**

❑ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

√ **CRIMINAL TERM:**    **6/5/06**    √ **WAIVER OF SPEEDY TRIAL filed.**

                **DISCOVERY DISCLOSURE DATE: 9/23/05**

❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:

      ❑ Trial on _____; ❑ Sentencing on _____

❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

      ❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed

         ❑ Defendant requests time to secure new counsel