IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | CR. No.: 1:05cr190-F |
| ) | |
| MARK HARTZOG            ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COMES NOW the Defendant, Mark Hartzog, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Hartzog is charged in an eighteen (18) count indictment with fraud. Trial in this matter is set in June 2006.

2. Pretrial motions are due to be filed in this court on Thursday, October 13, 2005.

3. The initial discovery is greater than 500 pages.

4. Because of the complex nature of the case, the voluminous discovery and fact that case set in June 2006, it is in the interest of justice to allow undersigned counsel an additional month to file pretrial motions.

5. The United States, through Assistant United States Attorney, Kent Brunson, has no opposition to this requested continuance.

WHEREFORE, the Defendant prays that he be allowed an additional month to file any pretrial motions in this matter.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05cr190-F |
| | ) | |
| **MARK HARTZOG** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                      Respectfully submitted,

                                      s/ Kevin L. Butler
                                      KEVIN L. BUTLER
                                      First Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail: kevin_butler@fd.org
                                      AZ Bar Code: 014138