IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr190-F |
| | ) | |
| MARK HARTZOG | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's unopposed motion for extension of time to file pretrial motions (Doc. # 13), filed October 13, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All pretrial motions shall be filed on or before November 14, 2005.

DONE, this 13th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE