| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 17, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:45 - 3:47 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr190-F | **DEFENDANT(S)** Mark Hartzog |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | |
| | * Kevin Butler | |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
    Completed

❒ **PENDING MOTION STATUS:**
    No pending motions

❒ **PLEA STATUS:**
    Have not begun any plea negotiations
    Plea date - May 30, 2006

❒ **TRIAL STATUS**
    Trial time - 3 days

❒ **REMARKS:**
    Parties were noticed that Judge Walker was the Judge assigned in the civil case against the defendant