| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** May 15, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:00 - 3:07 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr190-MEF | **DEFENDANT(S)** Mark Hartzog |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Kevin Butler |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
  No plea discussions at this point - 30-40% chance of plea
  Plea notice to be filed on or before noon on May 24, 2006

☐ **TRIAL STATUS**
  Trial  3-4 days.  Trial 60-70%
  Possible insanity defense - court directs Mr. Butler to set this out in writing

☐ **REMARKS:**
  Mr. Butler states he may file motion to continue trial