IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:05cr190-F |
| ) | |
| MARK HARTZOG ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Mark Hartzog, by and through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(3)(A)(B), (h)(8)(B)(ii), and (h)(8)(B)(iv) for a continuance of his trial setting of June 5, 2006 to September 11, 2006. In support of this motion, Defendant would show the following:

1. Mr. Hartzog was charged in an 18 count Indictment with making fraudulent claims in violation of 18 U.S.C. § 644.

2. Undersigned counsel is still attempting to locate and interview witnesses who may provide relevant and material information necessary for trial of this matter and necessary for effective plea negotiations. Additionally, undersigned counsel needs time to investigate mental health issues stemming from head trauma suffered by Mr. Hartzog in approximately 2004 and Mr. Hartzog's subsequent committal to a psychiatric hospital earlier this year.

3. This further investigation and case preparation needs to be done to determine if Mr. Hartzog is competent to proceed.

4. Allowing undersigned counsel time to complete investigation in these matters may also facilitate plea negotiations.

5. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), Mr. Hartzog feels that, in this case, the ends of justice will be served by allowing the defense adequate time to locate all information relevant and necessary to prepare a defense to the charges and determine Mr. Hartzog's competence.

6. Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(3)(A)(B), and (h)(8)(B)(ii), this court has authority to continue trial to allow counsel time to investigate this complex case and determine Mr. Hartzog's mental competency.

7. The United States, through Assistant United States Attorney Kent Brunson, does not oppose the granting of a continuance.

8. A waiver of speedy trial signed by Mr. Hartzog is attached to this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Hartzog respectfully requests that his trial date be continued from the presently scheduled date of June 5, 2006 to September 11, 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05cr190-F |
| | ) | |
| **MARK HARTZOG** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138