IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05cr190-MEF |
| | ) | |
| MARK HARTZOG | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Mark Hartzog, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the June 5, 2006 trial term until the September 11, 2006 trial term.

_/s/ Mark Hartzog_
MARK HARTZOG