IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-190-MEF |
| | ) | (WO) |
| MARK HARTZOG | ) | |

## **O R D E R**

On May 22, 2006, the defendant filed an Unopposed Motion to Continue Trial (Doc. #18). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that defense counsel needs additional time to locate and interview witnesses and to investigate the mental health issues stemming from head trauma suffered by the defendant in approximately 2004 and defendant's subsequent committal to a psychiatric hospital earlier this year. Counsel for the government does not object to a

continuance of the June 5, 2006 trial date. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. See <u>United States v. Davenport</u>, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion filed on May 22, 2006 is GRANTED;

2. That the trial of this defendant is continued from the June 5, 2006 trial term to the September 11, 2006 trial term.

3. That the Magistrate Judge conduct a pretrial conference prior to the September 11, 2006 trial term.

DONE this 24th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE