| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:17 - 3:20 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr190-MEF | **DEFENDANT(S)** Mark Hartzog |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Brief plea discussions only
   50/50 chance of plea

☐ **TRIAL STATUS**
   Trial time - 3-4 days

☐ **REMARKS:**
   Mr. Butler to file motion to continue trial - Government has no objections to continuance
   Possible competency issue