IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 1:05cr190-MEF |
| ) | |
| **MARK HARTZOG** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Mark Hartzog, by and through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(I), (h)(8)(B)(ii), and (h)(8)(B)(iv) for a continuance of his trial setting of September 18, 2006 to December 4, 2006.  In support of this motion, Defendant would show the following:

1. Mr. Hartzog was charged in an 18 count Indictment with making fraudulent claims in violation of 18 U.S.C. § 644.

2. Based upon undersigned counsel's initial review of the **extensive** documentation connected with the charged conduct, **extensive** documentation related to the companion civil case and analysis of Mr. Hartzog's mental health and competency, this case is complex.

3. Undersigned counsel has located and interviewed many witnesses who may provide relevant and material information necessary for trial of this matter and necessary for effective plea negotiations.

4. These witnesses have provided counsel with over 1500 documents related to this pending charge and the companion civil case, Chao v. H & H Doors & Hardware, Inc., et al, Case No.: 1:05cv267-MEF.  Additionally, undersigned counsel has

      received over 400 documents from approximately four (4) different mental health professionals related to Mr. Hartzog's past and current mental health status and also related to medical issues stemming from head trauma suffered by Mr. Hartzog in approximately 2004. This is in addition to the 500 documents the government timely provided in discovery.

5. Because of the complexity of this case, a complete review of all documents received and interviews of all necessary witnesses can not be completed on or before the presently scheduled trial date. Therefore, it is in the interest of justice to continue this matter.

6. Additionally, allowing undersigned counsel time to complete a thorough document review and case investigation may also facilitate plea negotiations.

7. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985), in this case, the ends of justice will be served by allowing the defense adequate time to locate all information relevant and necessary to prepare a defense to the charges, necessary for effective plea negotiations and necessary to determine Mr. Hartzog's competence. This discretionary authority is codified in 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(I), (h)(8)(B)(ii), and (h)(8)(B)(iv).

8. The United States, through Assistant United States Attorney Kent Brunson, does not oppose the granting of a continuance.

9. A waiver of speedy trial signed by Mr. Hartzog will be filed on or before August 25, 2006.

**WHEREFORE**, for the foregoing reasons, Mr. Hartzog respectfully requests that his trial date be continued from the presently scheduled date of September 18, 2006 to December 4, 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CR. No.: 1:05cr190-MEF |
| | ) |
| **MARK HARTZOG** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138