| COURTROOM DEPUTY'S MINUTES | DATE: November 13, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:00 - 3:08 |

### PRETRIAL CONFERENCE

| **PRESIDING MAG. JUDGE. Susan Russ Walker** | **DEPUTY CLERK: Joyce Taylor** |
|---|---|
| **CASE NUMBER: 1:05cr190-MEF** | **DEFENDANT(S) Mark Hartzog** |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Kevin Butler |

❏ **DISCOVERY STATUS:**
   Completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Possible resolution by end of this week
   Notice of intent to change plea to be filed on or before noon on November 15, 2006

❏ **TRIAL STATUS**
   Trial time - 3-4 days

❏ **REMARKS:**
   Discussions regarding pending civil cases
   Discussions regarding competency issues (stress)