IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr190-MEF |
| | ) | |
| MARK HARTZOG | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #29) filed on November 15, 2006, it is hereby

ORDERED that the defendant, MARK HARTZOG, appear with counsel before the undersigned Magistrate Judge on November 17, 2006 at 3:30 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 15th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE