| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: November 17, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 4:02 - 4:25** |
| | **COURT REPORTER: Mitchell Reisner** |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr190-MEF    **DEFENDANT NAME:** Mark Hartzog
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Doug Mathis
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
√ Guilty as to:
√ Count(s):   1 & 2 of the Indictment
√ Count(s):      3-18       ☐ dismissed on oral motion of USA
√ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 2 of the Indictment
☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____

**Mr. Butler states Mr. Hartzog is competent to proceed with these proceedings. Mr. Hartzog states he understands proceedings and has been able to assist counsel.**