IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-190-MEF |
| | ) | |
| MARK HARTZOG | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**
**FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. A grand jury sitting in the Middle District of Alabama returned an indictment against Defendant on September 8, 2005.

2. The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction. The Defendant pled guilty to the Indictment on November 17, 2006.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED.

Respectfully submitted this the 28th day of February, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        Bar Number: ASB-3094-U62K
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-190-MEF |
| | ) | |
| MARK HARTZOG | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov