IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05cr190-MEF |
| | ) | |
| MARK HARTZOG | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Mark Hartzog, by and through undersigned counsel, Kevin L. Butler, and pursuant to Fed. R. Crim. P. 32(a), respectfully moves the Court for an Order continuing the sentencing in this case at least 60 days from the presently scheduled March 14, 2007, sentencing hearing date. In support of this motion, the Defendant would show the following:

1. Pursuant to a negotiated plea agreement, Mr. Hartzog has entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on March 14, 2007, before the Honorable Mark E. Fuller.

3. Due to voluminous and ancient medical and mental health records (i.e. 3 bankers boxes worth of medical documents covering approximately 10 years) and the fact that the amount of loss may be approximately one million dollars, the defense needs additional time to work with the United States Probation Office to accurately calculate the applicable sentencing range under the United States Sentencing Guidelines.

4. The United States, through the Assistant United States Attorney Kent Brunson, has no opposition to and concurrently requests this continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued at least 60 days from March 14, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 1:05cr190-MEF |
| | ) |
| MARK HARTZOG | ) |

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138